#13,481          13,481-28

Ct Crim Appeals
Austin, Tx

R Wayne Johnson
vs

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 07 2015

Abel Acosta. Clerk

Ector County-
70th Judge

Writ Mandamus-

1) 11.07 C.C.P— in court cause #10,473
70th) *

A) NO Jurisdiction to allow Pro-Se! CAT,
356 SW3d 455-60 (TX) "Jurisdiction DERIV-
ed from statutes.." 16 Tx Jur-3d. Cts-
Sect 46-47.,

B) 81.102 Gov Code ("ONLy state Bar memb-
ers" ELPASO 225 SW3d 146-52-(81.051 G.Code

C) "only attys in court" RABB, 346 SW3d
208-

D) "ANY statutory EXCEPTions is for legislat
ure" 356 SW3d at 472., (CROMP, 330 SW3d
211-30 (TX)    M.N. 262 SW3d 799 (TX) (476)
"ONLy Exercise Jurisdiction conferred
By legislature" OR Separation Powers
                          St. 80 2SW2d 237
              (1)            (CCA-90)

2) "VOID if not conferred By LAW." Reece 341 S.W.3d 360-71..

A) Mireles, 112 SCt 286 - "Judges are Liable - damages when NO Jurisdiction"

B" Access found on due process clause" Bonilla, 424 SW3d 528-32 (CCA-014-) cites: Wolff, 94 SCt at 2988..)

C) NO Jurisdiction; (81,1026 Code) - VOIDS orders; (denial due process ALSO - VOIDS - 247 F.3d 609-619 N.19 (5th) (84 F.3d 137-43 (5th)

3) "VOID when violates public policy" AIV 148 SW3d 109-15 (TX)... STUBBE 733 SW2d 132 (TX) - SAme)

A) Pro-Se "VOID-Act" Crain 22 SW3d 58-61 (attys only)

See attached!

over 23-yrs Late on discharge - caused By courts Allowing "Pro-Se", (forfeit good-time) 16,1289 days

R Wayne Jelmon 282756

(2)

1) CRUMP, 330 SW3d 211-30 (TX) "JURISDICTION derived from statutes -or- TX Const." Phillips, 914 SW2d 140 (TX-SAME)

2) "courts CAN ONLY Exercise Jurisdiction that the legislature confers By Statute M.N. 262 SW3d 199 (TX) - "UN-const infringement upon legislature "By" Judiciary" (TO ALLOW PRO-SE) St 802 SW2d 237 (CCA-90) - 68 TX. Rev 1337)

A) § 1,102 Gov Code: " ONLY state Bar members" 81.051 Gov. Code; " persons in good standing" 81.011(B) "UNP. Law Comte Halt UNAUTH- W/- Bar- pract. LAW"

B) "VOID if NOT conferred By Statute." Reece, 341 SW3d 360-91 (TX) - MCF, 329 SW3d 475-504 (TX)

C) "ONLY ATTYS IN court." RABB, 346 SW3d 208-11 BUZBEE, 324 SW3d 833..

D) Crime: 38,12- Barratry (36.04 P. Code)

E) "VOID Act if NOT atty" Mann, 22 SW3d 58-61

ALL Judges violate St Bar Dis R. 5.05(b) "SHALL NOT ASSIST non-Bar member.." (3.01 "NOT ABUSE legal procedures." Cash 2013 B.R. LEXIS 1074 (DAL AS)

(1)

261 SW2d 24 (74) "81.103 6. Case "Eliminate UN P. Law.."")

"court denies due proess" Bonilla, 424 SW3d 528-32 (CCA) "Accen founded on due process") Wolff, 94 Sct at 2988 (All pro-se VOID! (Retalitory denial fundamental - 1st Amend (Purnus 98 Sct at 1901

Dunn, 92 Sct 995 ("State not penalize one exercise right guaranteed By constitution."

This court Allowed 104th Ct App - "SANction - forfeit time sans atty. hearing"

✱ mailed cert to U.S. Sup. Ct NO Jurisdiction (74 Cts) ALLOW Prose work! Mueller 112 Sct 286 (Judges no Jurisdiction (-) liable!)